**TRUEPOSITION INC.,**
**Plaintiff–Appellee,**

v.

**ANDREW CORPORATION,**
**Defendant–Appellant.**

No. 2009–1389.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2010.

Rehearing En Banc Denied Oct. 14, 2010.

Paul B. Milcetic, Woodcock Washburn LLP, of Philadelphia, PA, argued for plaintiff-appellee. With him on the brief were Gary H. Levin, Lynn B. Morreale and Amanda M. Kessel. Of counsel was Jeremy M. Dukmen.

Constantine L. Trela, Jr., Sidley Austin LLP, of Chicago, IL, argued for defendant-appellant. With him on the brief was Robert N. Hochman.

NEWMAN, LOURIE, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**